David R. Mugridge, SBN 123389
THE LAW OFFICES OF DAVID R. MUGRIDGE
2100 Tulare Street, Suite 505
Fresno, California 93721-2111
*Tel: (559) 264-2688*
*Fax: (559) 264-2683*

Attorney for Defendant,
VICTOR TORRES

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:12-CR-00438-LJO-SKO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |
| VICTOR TORRES, | |
| Defendant. | |

It is hereby stipulated and agreed between the parties herein, the United States, through KEVIN B. ROONEY, Assistant U.S. Attorney, and the defendant, VICTOR TORRES, through his attorney of record DAVID R. MUGRIDGE, that the conditions of the Defendant's Pretrial Release, as approved by Pretrial Services, be modified as follows:

   1)   That the prior court order requiring the defendant be placed in the custody of WestCare California, Inc. be vacated;

/ / /

/ / /

/ / /

2) That the prior court order naming WestCare California, Inc. as the third-party custodian of the defendant be vacated;

3) That the defendant be required to participate in a cognitive behavioral treatment program, as directed by the Pretrial Services officer. Such program may include group sessions led by a counselor or participation in a program administered by the Pretrial Services officer; and

4) That all prior orders regarding the defendant's pretrial release which are not in conflict with this order shall remain in full force and effect.

DATED: 04/03/2013  Respectfully Submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY'S
OFFICE

*/s/ Kevin P. Rooney*
By: Kevin P. Rooney
Assistant U.S. Attorney

DATED: 04/03/2013

THE LAW OFFICES OF
DAVID R. MUGRIDGE

*/s/ David R. Mugridge*
By: David R. Mugridge
Attorney for Defendant

///
///
///
///
///
///
///

**ORDER**

IT IS HEREBY ORDERED THAT defendant VICTOR TORRES' conditions of pretrial release are modified as follows:

The defendant shall be released from the custody of WestCare California, Inc., WestCare California, Inc. shall be released as the third-party custodian of the defendant, and the defendant shall be required to participate in a cognitive behavioral treatment program, as directed by the Pretrial Services officer.

IT IS SO ORDERED.

Dated: **April 3, 2013**                    **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE